IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES JORDAN, et. al, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br>v.<br><br>GREG E. LINDBERG,<br><br>DEFENDANT. | Case No. 1:22-cv-483-CCE-JEP<br><br>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Plaintiffs, by and through their counsel, hereby move this Court pursuant to Rules 23(a) and 23(b)(3), Fed. R. Civ. P., and LR 23.1(b) for an Order certifying the following Class:

*The PFC/CBL Contract Earners Class*:

All persons or entities who (a) at any point during the three (3) year period of time preceding October 21, 2021 through the present, (b) had a contract with PFC related to CBL Policies, (c) earned commissions for the issuance, selling, or servicing of CBL Policies, (d) but have not been paid those commissions on behalf of themselves and the agents acting on their behalf.

Excluded from the Class is: (a) any Judge or Magistrate presiding over this action and members of their families; (b) PFC, CBL and any entity which PFC or CBL has a controlling interest, or which has a controlling interest in PFC or CBL and all legal representatives; and (c) all persons who properly execute and file a timely request for exclusion.

The grounds for this motion are set forth in the accompanying Brief in Support and supporting exhibits thereto, which make clear that the provisions of Fed. R. Civ. P. 23 have been satisfied and that certification of the proposed Class is appropriate and warranted. Pursuant to LR 7.3(c)(1), Plaintiffs also request oral argument to fully address the complex legal and factual issues discussed within the attached Class Certification Memorandum.

Plaintiffs respectfully request that the Court grant their motion and enter an order granting certifying the PFC/CBL Contract Earners Class, appointing undersigned counsel as Class Counsel, and appointing the named Plaintiffs as Class Representatives.

This the 14th day of September 2022.

/s/ Matthew E. Lee
Matthew E. Lee
N.C. State Bar No. 35405
Mark R. Sigmon
N.C. State Bar No. 37762
Jeremy R. Williams
N.C. State Bar No. 48162
Jacob M. Morse
N.C. State Bar No. 52302
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 West Morgan St.
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
mlee@milberg.com
msigmon@milberg.com
jwilliams@milberg.com
jmorse@milberg.com

                                                Edward H. Maginnis
                                                N.C. State Bar No. 39317
                                                Karl S. Gwaltney
                                                N.C. State Bar No. 45118
                                                **MAGINNIS HOWARD, PLLC**
                                                7706 Six Forks Road, Suite 101
                                                Raleigh, North Carolina 27615
                                                Telephone: 919-526-0450
                                                Fax: 919-882-8763
                                                emaginnis@maginnishoward.com
                                                kgwaltney@maginnishoward.com

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This the 14th day of September 2022.

                                          /s/ *Matthew E. Lee*
                                          Matthew E. Lee